UNITED STATES BANKRUPTCY COURT
Central District of California Los Angeles Division
Nancy Curry, Chapter 13 Standing Trustee

Page   1

| | | |
|---|---|---|
| GREGORY J. DOAN | Date          03/14/2011 | WHITE, HAROLD WELDON |
| | | WHITE, SHARON PAMALA |
| 25401 CABOT ROAD, #119 | Case Number   2:10-bk-36612-VZ | |
| LAGUNA HILLS,CA 92653- | | 1747 YORBA DR. |
| | Bar Date      11/10/2010 | POMONA CA 91768 |

## NOTICE OF INTENT TO PAY CLAIMS

Notice is hereby given to the debtor and counsel, if any, that the Trustee intends to pay the claims as filed by creditors listed below.

| | Creditor | Date Filed | Scheduled | Claim Amount | Pay % | Class |
|---|---|---|---|---|---|---|
| 201-0 | NISSAN MOTOR ACCEPTANCE CORP. | 07/06/2010 | 0.00 | 22,701.21 | | Secure Direct |
| | P.O. BOX 660366 | | | | | |
| | DALLAS,TX 75266-0366 | | | | | |
| 202-0 | AMERICAN HONDA FINANCE CORP. | 09/13/2010 | 0.00 | 22,341.19 | | Secure Direct |
| | P.O. BOX 168088 | | | | | |
| | IRVING,TX 75016-8088 | | | | | |
| 401-0 | WELLS FARGO CARD SVCS. | 07/06/2010 | 14,795.00 | 14,795.04 | 100.00 | Unsec |
| | RECOVERY DEPT. | | | | | |
| | P.O. BOX 9210 | | | | | |
| | DES MOINES,IA 50306- | | | | | |
| 402-0 | WELLS FARGO SERVICING CENTER | 07/12/2010 | 274.00 | 350.46 | 100.00 | Unsec |
| | MAC #Q2132-013 | | | | | |
| | P.O. BOX 94423 | | | | | |
| | ALBUQUERQUE,NM 87199-9833 | | | | | |
| 403-0 | JEFFERSON CAPITAL SYSTEMS LLC | 08/05/2010 | 11,293.00 | 11,292.99 | 100.00 | Unsec |

UNITED STATES BANKRUPTCY COURT
Central District of California Los Angeles Division
Nancy Curry, Chapter 13 Standing Trustee

Page   2

In RE:    WHITE, HAROLD WELDON          WHITE, SHARON PAMALA   Case Number    2:10-bk-36612-VZ    3/14/2011

| | Creditor | Date Filed | Scheduled | Claim Amount | Pay % | Class |
|---|---|---|---|---|---|---|
| 404-0 | JEFFERSON CAPITAL SYSTEMS LLC | 08/05/2010 | 21,363.00 | 21,363.97 | 100.00 | Unsec |
| | P.O. BOX 953185<br>ST. LOUIS,MO 63195-3185 | | | | | |
| 405-0 | PRA RECEIVABLES MANAGEMENT | 08/07/2010 | 9,579.00 | 9,579.88 | 100.00 | Unsec |
| | P.O. BOX 12914<br>NORFOLK,VA 23541- | | | | | |
| 406-0 | AMERICAN INFOSOURCE LP<br>WORLD FINANCIAL NETWORK BANK<br>P.O. BOX 248872<br>OKLAHOMA CITY,OK 73124-8872 | 08/30/2010 | 1,122.00 | 959.69 | 100.00 | Unsec |
| 407-0 | CANDICA L.L.C.<br>C/O WEINSTEIN & RILEY, PS<br>P.O. BOX 3978<br>SEATTLE,WA 98124-3978 | 09/14/2010 | 20,864.00 | 21,106.15 | 100.00 | Unsec |
| 408-0 | ECAST SETTLEMENT CORP. | 09/15/2010 | 3,295.00 | 3,295.63 | 100.00 | Unsec |
| | P.O. BOX 29262<br>NEW YORK,NY 10087-9262 | | | | | |
| 409-0 | CANDICA L.L.C.<br>C/O WEINSTEIN & RILEY, PS<br>P.O. BOX 3978<br>SEATTLE,WA 98124-3978 | 09/15/2010 | 4,849.00 | 4,849.06 | 100.00 | Unsec |
| 410-0 | AMERICAN EXPRESS<br>C\O BECKET & LEE<br>P.O. BOX 3001<br>MALVERN,PA 19355-0701 | 11/09/2010 | 19,248.00 | 19,248.23 | 100.00 | Unsec |
| 411-0 | AMERICAN EXPRESS<br>C\O BECKET & LEE<br>P.O. BOX 3001<br>MALVERN,PA 19355-0701 | 11/09/2010 | 1,608.00 | 1,607.51 | 100.00 | Unsec |
| 412-0 | CITI CARDS | | 6,998.00 | 0.00 | 100.00 | Unsec<br>Not Filed |
| | P.O. BOX 20363<br>KANSAS CITY,MO 64195-0363 | | | | | |
| 666-0 | GREGORY J. DOAN | 06/29/2010 | 4,500.00 | 4,500.00 | | Legal |
| | 25401 CABOT ROAD, #119<br>LAGUNA HILLS,CA 92653- | | | | | |

UNITED STATES BANKRUPTCY COURT
Central District of California Los Angeles Division
Nancy Curry, Chapter 13 Standing Trustee                    Page   3

In RE:   WHITE, HAROLD WELDON        WHITE, SHARON PAMALA   Case Number   2:10-bk-36612-VZ   3/14/2011

| Creditor | Date Filed | Scheduled | Claim Amount | Pay % | Class |
|---|---|---|---|---|---|
| TRS-0  NANCY CURRY, TRUSTEE | | 0.00 | 9,821.62 | | Trustee |

|  | Secured | Priority | Unsecured | Admin | Atty | Other |
|---|---|---|---|---|---|---|
| Debt To Be Paid | 0.00 | 0.00 | 108,448.61 | 9,821.62 | 4,500.00 | 0.00 |

Total To Be Paid       122,770.23

The absence of a written objection timely filed with the Court, set for hearing and properly served is deemed an approval by the debtor of the claims as listed above.

　　　　　　　　　　/s/ Nancy Curry, Trustee

PROOF OF SERVICE
I declare that I am a citizen of the United States, over the age of 18 years and not a party of the within action; That I am employed by NANCY CURRY, CHAPTER 13 STANDING TRUSTEE and that on  3/14/2011 I served the within NOTICE OF INTENT TO PAY CLAIMS
on:  Debtor and                      Debtors attorney.
by first class mail with postage fully prepaid thereon.

WHITE, HAROLD WELDON                GREGORY J. DOAN

1747 YORBA DR.                      25401 CABOT ROAD, #119
POMONA CA 91768                     LAGUNA HILLS CA 92653-

Executed at Los Angeles, California on 3/14/2011

　　　　　　　　　　/s/ Elizet Cash-Shelton

Mailer Page - Intentionally Blank

WHITE, HAROLD WELDON
WHITE, SHARON PAMALA

1747 YORBA DR.
POMONA CA 91768

Mailer Page - Intentionally Blank

GREGORY J. DOAN

25401 CABOT ROAD, #119
LAGUNA HILLS,CA 92653-